Robert Earl and Others, Executors, etc., of Robert Earl, Deceased, Appellants, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

First National Bank of Binghamton, Respondent, v. Mutual Life Insurance Company, Appellant.— Motion denied.

J. Duncan Lawrence, Respondent, v. Robert P. McIntosh, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. Sewell, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of Owen J. Malone, as Administrator, etc., of Catharine Grimes, Deceased. In the Matter of Proving the Kinship on the Estate of Catharine Grimes, Deceased. Frederick W. Law, as Executor, etc., of John Nolan, Deceased, Appellant, v. The People of the State of New York, Respondent.— Motion granted, without costs.

In the Matter of the Estate of David Kennedy, Deceased.— Motion denied.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., under Chapter 724 of the Laws of 1905, etc., in the Towns of Olive and Hurley, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. (Ashokan Reservoir, Section No. 16. Third Application for Commissioners' Compensation.) David C. Robinson and James J. Frawley, Commissioners. — Application for postponement denied, Robinson and Frawley having consented in open court that pages 24 and 25 in the record already printed be deemed before the court for all the purposes of the appeal. Either party may, within ten days, file brief upon the appeal from the order which is deemed submitted to the court, a copy of such brief to be served upon the adversary; within three days appellant to file and serve printed cases.

New York, Ontario and Western Railway Company, Appellant, v. Malcom S. Crawford and Others, Respondents.— Motion denied.

The People of the State of New York ex rel. Emmet W. Orton, Appellant, v. John Washburn, as Sheriff of the County of Saratoga, Respondent.— Order unanimously affirmed.

Kate A. Sawyer, Plaintiff, v. Jeanette S. Adams and Samuel Suckno, Defendants.— Order amended by adding thereto the following: An allowance is made to the receiver of twenty-five dollars, the cost of his surety bond, and twenty-five dollars for his services, the same to be paid by the plaintiff personally. The receiver shall pay to the life tenant the balance of the rents remaining in his hands. The life tenant may file a surety company bond, approved by a justice of the Supreme Court, in the penalty of two thousand dollars, conditioned for the